IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTINA KIPP, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 17-3958 |
| | : | |
| WEYERHAUSER COMPANY | : | |

## **ORDER**

AND NOW, this 14th day of December, 2018, upon consideration of Defendant Weyerhaeuser Company's (Weyerhaeuser) Motion to Compel Arbitration, Named Plaintiffs' response thereto, Weyerhaeuser's reply, Named Plaintiffs' Notice of Supplemental Authority, Weyerhaeuser's Notice of Supplemental Authority, and the parties' presentations during the December 6, 2018, oral argument, it is ORDERED Weyerhaeuser's Motion (Document 26) is DENIED.

Weyerhaeuser is further DIRECTED to file exhibits to, or other components of, its future filings as separate *attachments* on the Court's Electronic Case Filling System (ECF).[1] Failure to comply with this directive may result in the Court striking non-conforming documents sua sponte.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] Weyerhaeuser filed the numerous exhibits to its Motion to Compel Arbitration and Notice of Supplemental Authority as part of the "main document" on ECF, rather filing each exhibit as a separate attachment to the main document. Instructions for *properly* filing exhibits (and other components of filings) can be found under the heading, "Adding Attachments to Documents Being Filed," located on page 19 of the Court's Electronic Case Filing System (ECF) Attorney User Manual for Civil Cases, available at: https://ecf.paed.uscourts.gov/documents/ug_ci.pdf.