# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTINA KIPP, VINCENT DISTEFANO, CAROL EBERL, ANJANI TRIPATHI, CHHAVI CHATURVEDI, SRIKANTH KALVAKOTAVENKATA, SHALINI MARKA, DAVID LAI, RAHUL PUDI and ANUSHA CHILLAKURU on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WEYERHAEUSER COMPANY,<br><br>Defendant. | Civil Action No. 2:17-cv-03958-JS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br># RECEIVED<br><br>**SEP 11 2019** |

Pursuant Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Kristina Kipp, Vincent DiStefano, Carol Eberl, Anjani Tripathi, Chhavi Chaturvedi, Srikanth Kalvakotavenkata, Shalini Marka, David Lai, Rahul Pudi and Anusha Chillakuru ("Plaintiffs") and Defendant Weyerhaeuser Company ("Weyerhaeuser"), through their undersigned counsel, hereby stipulate to the voluntary dismissal of all claims, counterclaims and causes of action in this case, with prejudice, without any findings of liability, wrongdoing, admissions, fault, or damages of any kind and with Plaintiffs and Weyerhaeuser each bearing their own attorneys' fees and costs.

Date: August 30, 2019

Shanon J. Carson, Bar No. 85957
Lawrence Deutsch, Bar No. 45653
Jacob M. Polakoff, Bar No. 204124
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: scarson@bm.net
        ldeutsch@bm.net
        jpolakoff@bm.net

E. Michelle Drake (*pro hac vice*)
Joseph C. Hashmall (*pro hac vice*)
BERGER MONTAGUE PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
Facsimile: (612) 584-4470
Email: emdrake@bm.net
        jhashmall@bm.net

*Counsel for Plaintiffs and the Proposed Classes*

Date: August 30, 2019

Paul G. Gagne
KLEINBARD LLC
One Liberty Place, 46th Floor
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 568-2003
Facsimile: (215) 568-0140
Email: pgagne@kleinbard.com

Mark S. Mester (*pro hac vice*)
Mary Rose Alexander (*pro hac vice*)
Robert C. Collins, III (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Ave, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com
        mary.rose.alexander@lw.com
        robert.collins@lw.com

*Counsel for Defendant Weyerhaeuser Company*

2